IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERVIN G. TAYLOR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:12cv120-TMH |
| ) | (WO) |
| WARDEN LARRY CAMPBELL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**OPINION and ORDER**

On April 26, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 15). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that the Recommendation be and is hereby ADOPTED, and the petition for habeas corpus relief be and is hereby DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all available state court remedies.

Done this 17th day of May, 2012.

                                                /s/   Truman M. Hobbs
                                         SENIOR UNITED STATES DISTRICT JUDGE